UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEATRIZ HENRIQUEZ,

    Plaintiffs,

v.                                    CASE NO.:

SOICHER-MARIN OF FLORIDA, LLC,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SOICHER-MARIN OF FLORIDA, LLC (hereinafter "SOICHER-MARIN") by and through undersigned counsel, requests removal of Plaintiff's Complaint to federal court pursuant to 28 U.S.C. § 1331, and states as follows:

1. On April 21, 2021, BEATRIZ HENRIQUEZ ("Plaintiff") filed a three-count Complaint in the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida where in she alleges that Defendant subjected her to harassment in violation of Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act of 1992 and retaliation under Title VII of the Civil Rights Act of 1964 ("Title VII).

2. On May 6, 2021, Plaintiff served Defendant with a copy of the Complaint.

3. This Court has jurisdiction over Plaintiff's claim for Harassment and Retaliation under 42 U.S.C. § 2000e, et al.

CASE NO.: 2021-CA-1605

4. This Court has supplemental jurisdiction of Plaintiff's claim for Harassment under Florida Civil Rights Act, *Fla. Stat. § 760.01 – 760.11*, pursuant to 28 U.S.C. § 1367.

5. Defendant's Notice of Removal if filed within thirty (30) days after Defendant was served with the Complaint on May 6, 2021, as required by 20 U.S.C. §1446(b).

## **VENUE**

6. Venue is proper in the Middle District of Florida because the case is being removed from the Circuit Court in Manatee County, Florida. See 28 U.S.C. §1446(a).

7. Defendant provided Plaintiff and the Clerk of the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida with written notice of the filing of this Notice of Removal.

WHEREFORE, Defendant respectfully requests that this case be removed from the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, and docketed in the United States District Court, Middle District of Florida, Tampa Division.

CASE NO.: 2021-CA-1605

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of May, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

        COLE, SCOTT & KISSANE, P.A.
        Counsel for Defendant, SOICHER-MARIN
        OF FLORIDA, LLC
        4301 West Boy Scout Boulevard
        Suite 400
        Tampa, Florida 33607
        Telephone (813) 864-9386
        Facsimile (813) 286-2900
        Primary e-mail: kristina.digioia@csklegal.com
        Secondary e-mail: eric.moody@csklegal.com
        Alternate e-mail: joanne.delvalle@csklegal.com

By:  s/ Eric B. Moody
        KRISTINA M. DIGIOIA
        Florida Bar No.: 1022110
        ERIC B. MOODY
        Florida Bar No.: 103105

0439.0781-00/-1