UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01288-MSS-AEP

BEATRIZ HENRIQUEZ,

Plaintiffs,

v.

SOICHER-MARIN OF FLORIDA, LLC,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, BEATRIZ HENRIQUEZ, and Defendant, SOICHER-MARIN OF FLORIDA, LLC, hereby submit this Joint Stipulation of Dismissal with Prejudice in the above captioned action. Each party shall bear their own attorneys' fees and costs.

| For the Plaintiff: | For the Defendant: |
|---|---|
| Beatriz Henriquez, *pro se* | COLE, SCOTT & KISSANE, P.A. |
| | *Counsel for Defendant* |
| By:  s/ Beatriz Henriquez | By:  s/ Eric B. Moody |
| E-Mail: bvho@hotmail.com | ERIC B. MOODY |
| | E-mail: eric.moody@csklegal.com |
| | Florida Bar No.: 103105 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2022, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
Counsel for Defendant, SOICHER-MARIN OF FLORIDA, LLC
4301 West Boy Scout Boulevard
Suite 400
Tampa, Florida 33607
Telephone (813) 864-9386
Facsimile (813) 286-2900
Primary e-mail: kristina.digioia@csklegal.com
Secondary e-mail: eric.moody@csklegal.com

By:  s/ Eric B. Moody
KRISTINA M. DIGIOIA
Florida Bar No.: 1022110
ERIC B. MOODY
Florida Bar No.: 103105

0439.0781-00